CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

MAY 1 8 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

| | | |
|---|---|---|
| **JAMES BOYD,** | ) | |
| **Plaintiff,** | ) | Civil Action No. 7:06cv00300 |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| | ) | |
| **RONALD WASHINGTON,** | ) | **By: Samuel G. Wilson** |
| **Defendant.** | ) | **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED**

**AND ORDERED** that Boyd's complaint is hereby **DISMISSED** without prejudice pursuant to 28

U.S.C. §1915(g), and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying

Memorandum Opinion to plaintiff.

ENTER: This _____ day of May, 2006.

_____
United States District Court Judge

Dockets.Justia.com